**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| BRENDAN J. CARTER,<br>Petitioner,<br><br>v.<br><br>KATHY BRITTAIN, et al.,<br>Respondents. | CIVIL ACTION NO. 3:24-cv-1130<br><br>(Magistrate Judge Latella) |

## ORDER

**AND NOW**, this 4th day of September, 2026, upon consideration of the petition for writ of habeas corpus, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) pursuant to 28 U.S.C. § 2254 is **DENIED**.
2. The Clerk of Court is directed to **CLOSE** this case.

***/s/ Leo A. Latella***
Leo A. Latella
United States Magistrate Judge